No. 90–7051.   LJACHIN *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 90–7090.   WEATHERFORD *v.* BROWN ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 90–7101.   LUCARELLI *v.* SINICROPI ET AL.   C. A. 2d Cir. Certiorari denied.

No. 90–7103.   WATTS *v.* WILDER, GOVERNOR OF VIRGINIA, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 90–7105.   STEVENS ET AL. *v.* JOHNSON ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 90–7107.   READ ET UX. *v.* DUCK ET AL.   C. A. 2d Cir. Certiorari denied.

No. 90–7108.   ZATKO *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 90–7112.   LASKARIS *v.* MORGAN, ACTING SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir.   Certiorari denied.

No. 90–7113.   BROOKS *v.* MARYLAND.   C. A. 4th Cir.   Certiorari denied.

No. 90–7118.   THOMAS *v.* NEW JERSEY ET AL.   C. A. 3d Cir. Certiorari denied.

No. 90–7121.   SPICY *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 90–7127.   ENGLAND *v.* PENNSYLVANIA.   Sup. Ct. Pa. Certiorari denied.

No. 90–7136.   FORD *v.* ARMONTROUT, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 90–7137.   PACULA *v.* OHIO.   Ct. App. Ohio, Hamilton County.   Certiorari denied.

No. 90–7139.   SCOTT *v.* DAHLBERG, WARDEN.   C. A. 6th Cir. Certiorari denied.